# EXHIBIT C

## Gridsum Holding Inc
### September 22, 2016 through April 20, 2018

**Angus Walker**

| Date Purchased | Shares | Price | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|
| 4/13/2017 | 1,800 | $12.75 | | | | $22,950.00 | |
| 6/6/2017 | 2,655 | $10.20 | | | | $27,081.00 | |
| | 4,455 | | | | | $50,031.00 | |
| | | | 6/22/2018* | 4,455 | $6.17 | $27,505.17 | |
| | | | | 4,455 | | $27,505.17 | -$22,525.83 |

**Charles F. Liddell, Sr.**

| Date Purchased | Shares | Price | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|
| 2/19/2018 | 500 | $12.50 | | | | $6,250.00 | |
| | | | 6/22/2108* | 500 | $6.17 | $3,085.00 | -$3,165.00 |

**Xeuchun Li**

| Date Purchased | Shares | Price | Date Sold | Shares | Price | Total | |
|---|---|---|---|---|---|---|---|
| 10/19/2016 | 700 | $16.48 | | | | $11,538.10 | |
| | | | 4/27/2018 | 100 | $5.10 | $510.00 | |
| | | | 5/1/2018 | 100 | $5.20 | $520.00 | |
| | | | 6/22/2018* | 500 | $6.17 | $3,085.00 | |
| | 700 | | | 700 | | $4,115.00 | -$7,423.10 |
| | | | | | | $11,538.10 | |

| | | | | | | TOTAL | -$33,113.93 |

*90 Day Average