# EXHIBIT 3

**Gridsum Holding Inc. Loss Chart**
**between April 27, 2017 and April 20, 2018**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Dearnley | | | | | | | | | | | |
| | 1/9/2018 | 800 | ($11.07) | ($8,852.00) | 4/27/2018 | 8,842 | $5.24 | $46,325.89 | | | |
| | 1/9/2018 | 4,200 | ($11.06) | ($46,464.60) | 4/27/2018 | 1,700 | $5.05 | $8,591.63 | | | |
| | 1/9/2018 | 3,950 | ($10.97) | ($43,324.00) | 4/27/2018 | 1,058 | $5.24 | $5,542.86 | | | |
| | 1/9/2018 | 100 | ($10.95) | ($1,095.00) | 4/27/2018 | 900 | $5.06 | $4,555.53 | | | |
| | 1/9/2018 | 950 | ($10.94) | ($10,393.00) | 4/27/2018 | 500 | $5.06 | $2,530.67 | | | |
| | 1/11/2018 | 6,000 | ($11.59) | ($69,540.00) | 4/27/2018 | 400 | $5.06 | $2,024.57 | | | |
| | 2/15/2018 | 10,000 | ($10.84) | ($108,400.00) | 4/27/2018 | 200 | $5.06 | $1,012.25 | | | |
| | | | | | 4/27/2018 | 100 | $5.06 | $505.87 | | | |
| | | | | | 4/27/2018 | 100 | $5.24 | $523.94 | | | |
| | | | | | 4/27/2018 | 100 | $5.06 | $505.87 | | | |
| | | | | | 4/27/2018 | 100 | $5.06 | $505.87 | | | |
| | | | | | 5/22/2018 | 12,000 | $6.16 | $73,894.80 | | | |
| | | **26,000** | | **($288,068.60)** | | **26,000** | | **$146,519.75** | **0** | **$0.00** | **($141,548.84)** |