# Exhibit 1

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2019– SXS –1313

☐ 1. 文书已予送达*
that the document has been served *
que la demande a été exécutée*

— 日期: _____
the (date) / le (date) :

— 地点（城镇、街、号）: _____
at (place, street, number) / à (localité, rue, numéro) :

— 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | _____ |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☒ 2. 由于下列事实文书未能送达：*
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

**The recipient refused to accept the documents.**

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | complaint and summons |
|---|---|
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

制于（地点）Beijing
Done at / Fait à

日期 Nov.04,2019
the / le

签名和（或）盖章
Signature and/or stamp / Signature et / ou cachet

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

# 北京市高级人民法院
# 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）京协外送 171 号<br>（2019）最高法协外送 1790 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受送达人 | 祁国晟(Guosheng Qi) | | |
| 送达地址 | 北京市海淀北四环 229 号南翼高科技大厦，国双控股公司转交(c/o Gridsum Holding Inc.,South Wing,High Technology Building,No.229,North 4th Ring Road,Haidian District,Beijing,.) | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人代收理由 | | | 年　月　日 |
| 未能送达理由 | 送达地址国双控股公司拒收 | | |
| 备　考 | | | |

填发人　夏艺轩　　　　　　　　　　　　　　送达人　葡萄林・史宏伟
2019.10.11

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。