# Exhibit 2

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2019– SXS –1312

☐ **1. 文书已予送达***
that the document has been served *
*que la demande a été exécutée**

| 一 日期: <br> the (date) / le (date) : | _____ |
| --- | --- |
| 一 地点（城镇、街、号）: <br> at (place, street, number) / à (localité, rue, numéro) : | _____ |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ b) 依下述特定方法*
in accordance with the following particular method*:
*selon la forme particulière suivante* :*
_____

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明: <br> Identity and description of person: <br> *Identité et qualité de la personne :* | _____ |
| --- | --- |
| 与受送达人的关系（家庭、业务及其他）: <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | _____ |

☒ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

> The recipient refused to accept the documents.

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

附：
Annexes / *Annexes*

| 退还的文书: <br> Documents returned: <br> *Pièces renvoyées :* | complaint and summons |
| --- | --- |
| 适当时，确认送达的文书: <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | _____ |

*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）Beijing <br> Done at / *Fait à* | 签名和（或）盖章 <br> Signature and/or stamp / *Signature et / ou cachet* |
| --- | --- |
| 日期 Nov.04,2019 <br> the / *le* | _____ |

# 北京市高级人民法院
# 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）京协外送 210 号<br>（2019）最高法协外送 1802 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受 送 达 人 | Michael Peng Zhang | | |
| 送 达 地 址 | 北京市海淀北四环 229 号南翼高科技大厦，国双控股公司转交 (c/o Gridsum Holding Inc.,South Wing,High Technology Building,No.229,North 4th Ring Road,Haidian District,Beijing,100083) | | |
| 受送达人<br>签名或盖章 | | | 年　　月　　日 |
| 代 收 人<br>代收理由 | | | 年　　月　　日 |
| 未能送<br>达理由 | 该送达地址国双控股公司拒收 | | |
| 备　　考 | | | |

填发人　夏艺轩　　　　　　　　　　　　　送达人 （签名） 2019.10.11

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。