# Exhibit 4

# 证明书
## CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2019– SXS –1317

☐ **1. 文书已予送达\***
that the document has been served \*
*que la demande a été exécutée\**

| | |
|---|---|
| — 日期:<br>the (date) / *le (date)* : | ———— |
| — 地点（城镇、街、号）：<br>at (place, street, number) / *à (localité, rue, numéro)* : | ———— |

— 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ *a)* 依公约第五条第一款第（一）项的规定。\*
in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ *b)* 依下述特定方法\*
in accordance with the following particular method\*:
*selon la forme particulière suivante\** :
————

☐ *c)* 交付给自愿接受的收件人。\*
by delivery to the addressee, if he accepts it voluntarily\*
*par remise simple\**

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| 收件人身份和说明:<br>Identity and description of person:<br>*Identité et qualité de la personne* : | ———— |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | ———— |

☒ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

The recipient refused to accept the documents.

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。\*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

附:
Annexes / *Annexes*

| | |
|---|---|
| 退还的文书:<br>Documents returned:<br>*Pièces renvoyées* : | complaint and summons |
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | ———— |

\*适当时
if appropriate / *s'il y a lieu*

| | |
|---|---|
| 制于（地点）Beijing<br>Done at / *Fait à*<br><br>日期 Nov.04,2019<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>———— |

# 北京市高级人民法院
# 送 达 回 证

| 案　　　由 | 证券纠纷 | 案　　号 | （2019）京协外送 172 号<br>（2019）最高法协外送 1793 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受 送 达 人 | Yanchun Bai | | |
| 送 达 地 址 | 北京市海淀北四环 229 号南翼高科技大厦，国双控股公司转交(c/o Gridsum Holding Inc.,South Wing,High Technology Building,No.229,North 4th Ring Road,Haidian District,Beijing,.) | | |
| 受 送 达 人<br>签名或盖章 | | | 年　　　月　　　日 |
| 代 收 人<br>代 收 理 由 | | | 年　　　月　　　日 |
| 未 能 送<br>达 理 由 | 送达地址国双控股公司拒收 | | |
| 备　　　考 | | | |

填发人　夏艺轩

送达人 苟问林 史宏伟
2019.10.11

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五  一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。