# Exhibit 5

## 证明书
## CERTIFICATE
## ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

2019- SXS -1316

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. 文书已予送达*
that the document has been served *
que la demande a été exécutée*

| — 日期： <br> the (date) / le (date) : | _____ |
| — 地点（城镇、街、号）： <br> at (place, street, number) / à (localité, rue, numéro) : | _____ |
| — 采用的第五条所规定的送达方法为： <br> in one of the following methods authorised by Article 5: <br> dans une des formes suivantes prévues à l'article 5 : | |
| ☐ a) 依公约第五条第一款第（一）项的规定。* <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* <br> selon les formes légales (article 5, alinéa premier, lettre a)* | |
| ☐ b) 依下述特定方法* <br> in accordance with the following particular method*: <br> selon la forme particulière suivante* : <br> _____ | |
| ☐ c) 交付给自愿接受的收件人。* <br> by delivery to the addressee, if he accepts it voluntarily* <br> par remise simple* | |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明： <br> Identity and description of person: <br> Identité et qualité de la personne : | _____ |
| 与受送达人的关系（家庭、业务及其他）： <br> Relationship to the addressee (family, business or other): <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☒ 2. 由于下列事实文书未能送达：*
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

The recipient refused to accept the documents.

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书: <br> Documents returned: <br> Pièces renvoyées : | complaint and summons |
| 适当时，确认送达的文书： <br> In appropriate cases, documents establishing the service: <br> Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing <br> Done at / Fait à <br><br> 日期 Nov.04,2019 <br> the / le | 签名和（或）盖章 <br> Signature and/or stamp / Signature et / ou cachet <br> _____ <br> [seal: 中华人民共和国 司法部 民商事司法协助专用章] |

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）京协外送 174 号<br>（2019）最高法协外送 1798 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受 送 达 人 | Xudong Gao | | |
| 送 达 地 址 | 北京市海淀北四环 229 号南翼高科技大厦，国双控股公司转交(c/o Gridsum Holding Inc.,South Wing,High Technology Building,No.229,North 4th Ring Road,Haidian District,Beijing,.) | | |
| 受送达人签名或盖章 | | 年　　月　　日 | |
| 代 收 人代收理由 | | 年　　月　　日 | |
| 未能送达理由 | 该送达地址国双控股公司拒收 | | |
| 备　　考 | | | |

填发人　夏艺轩　　　　　　　　　　　　　送达人 苟闯抹、史宏伟

2019.10.11

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。