# Exhibit 6

# 证明书
## CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2019– SXS –766

☐ **1. 文书已予送达\***
that the document has been served *
*que la demande a été exécutée\**

| 一 日期：<br>the (date) / *le (date)* : | ———— |
|---|---|
| 一 地点（城镇、街、号）：<br>at (place, street, number) / *à (localité, rue, numéro)* : | ———— |

一 采用的第五条所规定的送达方法为：
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| ☐ | a) | 依公约第五条第一款第（一）项的规定。\*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
|---|---|---|
| ☐ | b) | 依下述特定方法\*<br>in accordance with the following particular method\*:<br>*selon la forme particulière suivante\** :<br>————<br>———— |
| ☐ | c) | 交付给自愿接受的收件人。\*<br>by delivery to the addressee, if he accepts it voluntarily\*<br>*par remise simple\** |

请求书中所列文书已交付给：
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明：<br>Identity and description of person:<br>*Identité et qualité de la personne* : | ———— |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | ———— |

☒ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

| The recipient refused to accept  the documents. |
|---|

☒ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。\*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*附:*
Annexes / *Annexes*

| 退还的文书：<br>Documents returned:<br>*Pièces renvoyées* : | complaint and summons |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | ———— |

\*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）Beijing<br>Done at / *Fait à*<br><br>日期 Dec.17,2019<br>the l / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|



19-CXS-766

# 北京市高级人民法院
## 送 达 回 证

19-SXS-1793

| 案　　　由 | 证券纠纷 | 案　　号 | （2019）京协外送 168 号<br>（2019）最高法协外送 1792 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 ||||
| 受 送 达 人 | 于国发(Guofa Yu) ||||
| 送 达 地 址 | 北京市海淀北四环 229 号南翼高科技大厦，国双控股公司转交 (c/o  Gridsum  Holding  Inc.,South  Wing,High Technology Building,No.229,North 4th Ring Road,Haidian District,Beijing,100083.) ||||
| 受 送 达 人<br>签名或盖章 | | | | 年　　月　　日 |
| 代 收 人<br>代 收 理 由 | | | | 年　　月　　日 |
| 未能送<br>达理由 | 送达地址取控股询拒收 ||||
| 备　　考 | ||||

填发人　夏艺轩

送达人　有门科·史宏伟

2009.10.11

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理由。

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| | |
|---|---|
| **Identity and address of the applicant**<br>Identité et adresse du requérant<br>LAWRENCE P. EAGEL, ESQ.<br>c/o Judicial Process and Support, Inc.<br>19 W. Flagler St., #610, Miami, Fl. 33130<br>Authorized applicant pursuant to public law<br>97-351 of Feb. 26, 1983 which amended rule<br>4(c) 2(a) Federal Rules of Civil Procedure<br><br>CASE NO. 1:18-CV-03655-ER | **Address of receiving authority**<br>Adresse de l'autorité destinataire<br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING<br>P.C. 100035<br>People's Republic of China<br>+86 (10) 5560 4537 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
GUOFA YU, C/O GRIDSUM HOLDING INC.,SOUTH WING, HIGH TECHNOLOGY BUILDING, NO.
229, NORTH 4TH RING ROAD, HAIDIAN DISTRICT, BEIJING, PEOPLE'S REPUBLIC OF CHINA,
100083.

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes\* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* -
avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

- EXECUTE "REQUEST" IN DUPLICATE.
- AMENDED SUMMONS IN A CIVIL ACTION , SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.
- ALL DOCUMENTS IN DUPLICATE.

\* if appropriate / s il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br>NEW YORK, NY, USA,<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*Lauren P. Gugel* |