UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRIDSUM HOLDING INC., GUOSHENG QI, MICHAEL PENG ZHANG, RAVI SARATHY, GUOFA YU, PERRY LIN CHUI, XIANG FAN, YANCHUN BAI, XUDONG GAO, THOMAS ADAM MELCHER, PETER ANDREW SCHLOSS, PRICEWATERHOUSECOOPERS ZHONG TIAN LLP, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., and STIFEL, NICOLAUS & COMPANY INCORPORATED,<br><br>Defendants. | 1:18-cv-03655 (ER)<br><br><u>CLASS ACTION</u><br><br><br>**MEMO ENDORSED** |

### NOTICE OF PLAINTIFFS' MOTION FOR
### ALTERNATIVE SERVICE ON CERTAIN DEFENDANTS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Alternative Service on Certain Defendants, dated January 31, 2020, the accompanying Declaration of Lawrence P. Eagel, dated January 31, 2020, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff William Barth and named plaintiff Xuechen Li (together, "Plaintiffs"), by and through their undersigned counsel, respectively move this Court, before the Honorable Edgardo Ramos, United States District Judge for the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure Rule 4(f)(3), directing alternative service of process of the Summonses and Second Amended Class Action

Complaint for Violations of the Federal Securities Laws in this action on defendants Guosheng Qi, Michael Peng Zhang, Ravi Sarathy, Guofa Yu, Xiang Fan, Yanchun Bai, Xudong Gao, Peter Andrew Schloss, and PricewaterhouseCooopers Zhong Tian LLP through their U.S. counsel and for such other and further relief as the Court may deem just and proper.

Dated:  January 31, 2020

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Lawrence P. Eagel*
Lawrence P. Eagel
Marion C. Passmore (admitted *pro hac vice*)
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile:  (212) 214-0506
Email: eagel@bespc.com
        passmore@bespc.com
        fortunato@bespc.com

*Attorneys for Lead Plaintiff William Barth and Lead Counsel for the Proposed Class*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile:  (212) 983-0383
Email: gegleston@gme-law.com
        tjmckenna@gme-law.com

*Attorneys for Named Plaintiff Xuechen Li*

---

Defendants Qi, Zhang, Sarathy, Yu, Fan, Bai, Gao, Schloss, and Pricewaterhouse Coopers are directed to file an opposition of no more than 15 pages by February 24, 2020. Plaintiffs are directed to file a reply of no more than 10 pages by March 6, 2020.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Feb. 3, 2020
New York, New York