UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRIDSUM HOLDING INC., GUOSHENG QI, MICHAEL PENG ZHANG, RAVI SARATHY, GUOFA YU, PERRY LIN CHUI, XIANG FAN, YANCHUN BAI, XUDONG GAO, THOMAS ADAM MELCHER, PETER ANDREW SCHLOSS, PRICE WATERHOUSECOOPERS ZHONG TIAN LLP, GOLDMAN SACHS (ASIA) L.L.C., CITIGROUP GLOBAL MARKETS INC., and STIFEL, NICOLAUS & COMPANY INCORPORATED,<br><br>Defendants. | 1:18-cv-03655 (ER)<br><br>**STIPULATION AND ORDER REGARDING SERVICE AND DEFENDANTS' TIME TO RESPOND TO THE THIRD AMENDED CLASS ACTION COMPLAINT** |

WHEREAS, Lead Plaintiff filed the Third Amended Class Action Complaint ("TAC") on May 7, 2020. Dkt. No. 209;

WHEREAS, defendants Gridsum Holding Inc., Thomas Melcher, Perry Chui, PricewaterhouseCoopers Zhong Tian LLP, filed motions to dismiss the TAC on June 8, 2020 (the "Motions"). Dkt. Nos. 210-17. On the same date, defendants Goldman Sachs (Asia) L.L.C., Citigroup Global Markets Inc., and Stifel, Nicolaus & Company Incorporated joined the Motion filed by Gridsum and Mr. Melcher. Dkt. No. 218. Those Motions have been fully briefed and are currently pending; and

WHEREAS, on October 14, 2020, pursuant to the efforts of counsel to resolve outstanding service issues without the need for further judicial involvement, defendants Guosheng Qi,

Michael Peng Zhang and Ravi Sarathy (the "Waiving Defendants"), through their counsel, executed forms waiving the service of summons requirements under the federal rules applicable to them. Pursuant to those waivers, the Waiving Defendants will have 90 days to file "an answer or a motion under Rule 12."

IT IS HEREBY STIPULATED AND AGREED for purposes of efficiency given the currently pending Motions, that the Waiving Defendants not be required to answer or otherwise respond to the TAC until the later of 60 days after the Court issues a decision on the pending Motions, or 90 days from the date of the Waiving Defendants' waiver of service forms.

IT IS SO STIPULATED.

New York, New York
October __, 2020

_____
Lawrence P. Eagel
Marion C. Passmore
Melissa A. Fortunato
Bragar Eagel & Squire, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
eagel@bespc.com
passmore@bespc.com
fortunato@bespc.com

*Counsel for Lead Plaintiff*

Los Angeles, California
October 14, 2020

_____
Michael C. Tu (admitted *pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 612-2433
mtu@orrick.com

William J. Foley
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5124
wfoley@orrick.com

*Counsel for Defendants Guosheng Qi, Michael Peng Zhang and Ravi Sarathy*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J.
New York, New York
October 16, 2020