```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

October 17, 2023

**MEMORANDUM ENDORSED**

**VIA E-MAIL**
WoodsNYSDChambers@nysd.uscourts.gov
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re:   *Xu v. Gridsum Holdings Inc. et al.*, Case No. 18-cv-03655-GHW

Dear Judge Woods:

On behalf of counsel for Lead Plaintiff and the defendants, we write to advise the Court that with the assistance of a private mediator, the parties have reached an agreement in principle for the settlement of the above-referenced class action.

The parties next intend to negotiate the terms of a final stipulation of settlement and, then, move for preliminary and final approval from the Court. However, we wanted to advise the Court of this development in light of the motion for class certification that is pending before the Court. Under the circumstances, the parties jointly request that the Court stay any ruling on the pending class certification motion for the next forty-five (45) days in order to allow the parties sufficient time to submit a stipulation of settlement for the Court's consideration, and to continue other deadlines accordingly.

The parties will use their commercially best efforts to negotiate and execute a stipulation of settlement and settlement documentation and present it to the Court for preliminary approval within forty-five (45) days, that is, by December 1, 2023.

Counsel is available should the Court have any questions, and we appreciate the Court's time and attention in this matter.

Respectfully submitted,

| | |
|---|---|
| **BRAGAR EAGEL & SQUIRE, P.C.** | **COOLEY LLP** |
| /s/ *Lawrence P. Eagel* | /s/ *Michael C. Tu* |
| Lawrence P. Eagel | Michael C. Tu (admitted *pro hac vice*) |
| Melissa A. Fortunato | 355 South Grand Avenue, Suite 900 |
| Marion C. Passmore | Los Angeles, California 90071 |

Honorable Gregory H. Woods
October 17, 2023
Page 2

810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: eagel@bespc.com
      fortunato@bespc.com
      passmore@bespc.com

*Counsel for Lead Plaintiff William Barth
and Lead Counsel for the Proposed Class*

      -and-

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com
      tjmckenna@gme-law.com

*Counsel for Named Plaintiff Xuechen Li*

Telephone: (310) 883-6550
Email: mctu@cooley.com

      -and-

Sarah M. Topol
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6451
Email: stopol@cooley.com

*Counsel for Defendants*

---

Application granted. The Court understands that the parties have reached an agreement in principle for the settlement of this class action. If the parties fail to submit their proposed settlement documentation to the Court on or before December 1, 2023, the parties are directed to submit to the Court a joint letter updating the Court on the status of this case on December 2, 2023. The Court treats the motion to certify the class, Dkt. No. 262, as withdrawn. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 262.

SO ORDERED.

Dated: October 17, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge