**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GRIDSUM HOLDING INC., GUOSHENG QI, RAVI SARATHY, MICHAEL PENG ZHANG, and THOMAS ADAM MELCHER<br><br>Defendants. | Civil Action No. 1:18-cv-03655 (GHW)<br><br>JUDGE GREGORY H. WOODS |

**DECLARATION OF LAWRENCE P. EAGEL**
**IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Lawrence P. Eagel , declare as follows:

1. I am a member in good standing with the Bar of the State of New York. I am a shareholder and partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Lead Plaintiff William Barth and proposed class counsel, in the above-captioned action.[1] I am over 18 years of age and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Bragar Eagel & Squire, P.C, and each of them is true and correct.

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation.

2. I submit this declaration in support of Plaintiffs' motion, pursuant to Federal Rule of Civil Procedure 23(e), for: (i) preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated December 1, 2023 (the "Stipulation"); (ii) preliminary certification of the proposed Settlement Class for settlement purposes only, appointing Plaintiffs as class representatives and Lead Counsel as class counsel; (iii) preliminary approval of the form and manner of providing Notice of the Settlement to Settlement Class Members; and (iv) a hearing date for the Court to consider: (a) final approval of the Settlement, (b) approval of the proposed Plan of Allocation; and (c) Plaintiffs' Counsel's application for an award of attorneys' fees and expenses and Plaintiffs' request for a service award.

3. Attached as Exhibit 1 hereto is a true and correct copy of the Stipulation;

a. Attached as Exhibit A thereto is a true and correct copy of the [Proposed] Preliminary Approval Order;

b. Attached as Exhibit A-1 thereto is a true and correct copy of the Long Notice;

c. Attached as Exhibit A-2 thereto is a true and correct copy of the Claim Form;

d. Attached as Exhibit A-3 thereto is a true and correct copy of the Summary Notice;

e. Attached as Exhibit A-4 thereto is a true and correct copy of the Postcard Notice;

f. Attached as Exhibit B thereto is a true and correct copy of the [Proposed] Final Order and Judgment;

4. Using a Section 10(b) two-trader damages model, Plaintiffs' damages expert estimates that the maximum recoverable damages on Plaintiffs' Section 10(b) claims to be $21.8 million. The Settlement of $4.5 million represents 20.6% of recoverable damages.

5. Plaintiffs' damages expert estimates that the dismissed Settlement Class Period's Section 10(b) damages are approximately $3.7 million, with the undismissed portion representing the bulk of the damages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 1, 2023 at New York, New York.

By: /s/ *Lawrence P. Eagel*
Lawrence P. Eagel