**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEIFA XU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> GRIDSUM HOLDING INC., GUOSHENG QI, RAVI SARATHY, MICHAEL PENG ZHANG, and THOMAS ADAM MELCHER, <br><br> Defendants. | Civil Action No. 1:18-cv-03655 (GHW) <br><br> JUDGE GREGORY H. WOODS |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on April 3, 2024, at 2:00 p.m., or as soon thereafter as the parties can be heard, before the Honorable Gregory H. Woods, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Lead Plaintiff William Barth and additional Plaintiff Xuechun Li (together, "Plaintiffs"), by their undersigned counsel, will and hereby do move this Court, pursuant to Rule 23 the Federal Rules of Civil Procedure, for entry of an order: (i) granting final approval of the proposed Settlement in the above-referenced action on the terms set forth in the Stipulation; (ii) approving the proposed Plan of Allocation; and (iii) for the purposes of settlement only, certifying the Settlement Class, certifying Plaintiffs as Class Representatives, and appointing Lead Counsel as Class Counsel.[1]

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; the accompanying Declaration of Lawrence P. Eagel in Support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards to Plaintiffs, all related exhibits thereto; and such argument and additional papers as may be submitted to the Court before and at the hearing on this matter.

---

[1] Unless otherwise stated, capitalized terms used herein have the same meanings set forth and defined in the Stipulation and Agreement of Settlement dated December 1, 2023 (ECF No. 289-1).

Proposed orders will be submitted with the reply submission on or before March 27, 2024, after the deadline for objecting or requesting exclusion has passed.

Dated: March 4, 2024

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Lawrence P. Eagel*
Lawrence P. Eagel
Marion C. Passmore
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: eagel@bespc.com
        passmore@bespc.com
        fortunato@bespc.com

-and-

Badge Humphries (admitted *pro hac vice*)
**BRAGAR EAGEL & SQUIRE, P.C.**
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
Telephone: (843) 883-7424
Email: humphries@bespc.com

*Attorneys for Lead Plaintiff William Barth and Proposed Class Counsel*

 -and

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
        gegleston@gme-law.com

*Counsel for Plaintiff Xuechun Li*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF System.

Executed on March 4, 2024

*/s/ Lawrence P. Eagel*